# EXHIBIT H

# CERTIFICATE OF TITLE

## STATE OF MAINE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 3ELA6RX26NG000256 | 2022 | CNSD | TL | VN | 16638820 |

| NEW / USED | PURCHASE DATE | ISSUE DATE | PRIOR TITLE | ODOMETER |
|---|---|---|---|---|
| NEW | 10/19/2021 | 12/01/2021 | | |

IMPORTED VEHICLE
MAY BE SUBJECT TO AN UNDISCLOSED LIEN

MAIL TO

**BMO HARRIS BANK NA**
**PO BOX 35707**
**BILLINGS, MT    59107**

OWNER(S) NAME AND ADDRESS
**AZIM TRANSPORTATION INC**
**530 JASON DR**
**SOUTHAMPTON, PA    18966**

Secretary of State  Bureau of Motor Vehicles

| | | | | |
|---|---|---|---|---|
| **FIRST LIENHOLDER** | 10/19/2021<br>BMO HARRIS BANK NA<br>PO BOX 35707<br>BILLINGS, MT   59107 | | **FIRST RELEASE** | Interest in this vehicle is released by:<br><br>Signature<br><br>Title _____ Date _____ |
| **SECOND LIENHOLDER** | | | **SECOND RELEASE** | Interest in this vehicle is released by:<br><br>Signature<br><br>Title _____ Date _____ |
| **THIRD LIENHOLDER** | | | **THIRD RELEASE** | Interest in this vehicle is released by:<br><br>Signature<br><br>Title _____ Date _____ |

THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW
KEEP IN A SAFE PLACE - NOT IN VEHICLE

VOID IF ALTERED

WARNING: Federal and Maine law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____

Seller's signature _____ printed name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
hand printed name(s)

---

## RE-ASSIGNMENT BY LICENSED DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____

Seller's signature _____ printed name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
Hand printed name(s)

---

## LIENHOLDER SECTION ONLY - AFFIDAVIT OF REPOSSESSION - LIENHOLDER SECTION ONLY

Date _____

_____ of _____
(Lienholder)                              (Address)

certify that there was due from _____
(Debtor)

a valid lien dated _____ on the motor-vehicle described on the face of this certificate:
(Date of Lien)

I further certify that default having been made in the payment of the loan that:

Check One

☐  the debtor voluntarily surrendered the possession of this motor vehicle to the undersigned lienholder or _____
(Date)

☐  the undersigned lienholder seized this motor vehicle without process of the law on _____ under authority of the conditions of the loan contract.
(Date)

The undersigned lienholder further certifies that the vehicle described herein was lawfully repossessed under the terms of the security agreement and in full accord with pertinent Maine Statutes.

_____                              _____
(Name of Lienholder)                                         (Authorized Signature)

IMPORTANT NOTES:

1. The lien must be released on the face of the title.

### THIS AFFIDAVIT MUST BE NOTARIZED

Before me personally appeared, _____ who by being duly sworn

under oath says the statements set forth above are true and correct. Sworn to and subscribed before me at, _____

Maine this _____ day of _____ 20____

_____
Notary Public

MVT-1   ANY FALSE STATEMENT IS A CRIMINAL OFFENSE
ANY CHANGE OR ERASURE WILL VOID THIS TITLE.

# STATE OF MAINE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|---|
| 3ELA6RX28NG000257 | | 2022 | CNSD | TL | VN | 16638819 |
| NEW / USED | PURCHASE DATE | | ISSUE DATE | PRIOR TITLE | | ODOMETER |
| NEW | 10/19/2021 | | 12/01/2021 | | | |

IMPORTED VEHICLE
MAY BE SUBJECT TO AN UNDISCLOSED LIEN

MAIL TO

**BMO HARRIS BANK NA**
**PO BOX 35707**
**BILLINGS, MT    59107**

OWNER(S) NAME AND ADDRESS
**AZIM TRANSPORTATION INC**
**530 JASON DR**
**SOUTHAMPTON, PA    18966**

Secretary of State                    Bureau of Motor Vehicles

---

| FIRST LIENHOLDER | 10/19/2021<br>BMO HARRIS BANK NA<br>PO BOX 35707<br>BILLINGS, MT    59107 | FIRST RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |
|---|---|---|---|
| SECOND LIENHOLDER | | SECOND RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |
| THIRD LIENHOLDER | | THIRD RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |

THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW
KEEP IN A SAFE PLACE - NOT IN VEHICLE

VOID IF ALTERED

**WARNING:** Federal and Maine law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand printed name(s) _____ Date _____

Seller's signature _____ _____ Date _____

Seller's address (PRINT) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Hand printed name(s) _____ Date _____

---

## RE-ASSIGNMENT BY LICENSED DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand printed name(s) _____ Date _____

Seller's signature _____ _____ Date _____

Seller's address (PRINT) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Hand printed name(s) _____ Date _____

---

## LIENHOLDER SECTION ONLY - AFFIDAVIT OF REPOSSESSION - LIENHOLDER SECTION ONLY

Date _____

I, _____ of _____
(Lienholder)                          (Address)

certify that there was due from _____
(Debtor)

a valid lien dated _____ on the motor-vehicle described on the face of this certificate:
(Date of Lien)

I further certify that default having been made in the payment of the loan that:

Check One

☐ the debtor voluntarily surrendered the possession of this motor vehicle to the undersigned lienholder on _____
(Date)

☐ the undersigned lienholder seized this motor vehicle without process of the law on _____ under authority of the conditions of the loan contract
(Date)

The undersigned lienholder further certifies that the vehicle described herein was lawfully repossessed under the terms of the security agreement and in full accord with pertinent Maine Statutes.

_____          _____
(Name of Lienholder)                    (Authorized Signature)

**IMPORTANT NOTES:**

1. The lien must be released on the face of the title

### THIS AFFIDAVIT MUST BE NOTARIZED

Before me personally appeared, _____ who by being duly sworn

under oath says the statements set forth above are true and correct. Sworn to and subscribed before me at _____

Maine this _____ day of _____, 20 ___

_____
Notary Public

MVT-1    **ANY FALSE STATEMENT IS A CRIMINAL OFFENSE
ANY CHANGE OR ERASURE WILL VOID THIS TITLE.**

# CERTIFICATE OF TITLE
## STATE OF MAINE

| VEHICLE ID NUMBER | | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|---|
| 3ELA6RX21NG000259 | | 2022 | REMO | TL | VN | 16637894 |

| NEW / USED | PURCHASE DATE | ISSUE DATE | PRIOR TITLE | ODOMETER |
|---|---|---|---|---|
| NEW | 10/19/2021 | 12/01/2021 | | |

MAIL TO

**BMO HARRIS BANK NA**
**PO BOX 35707**
**BILLINGS, MT   59107**

OWNER(S) NAME AND ADDRESS
**AZIM TRANSPORTATION INC**
**530 JASON DR**
**SOUTHAMPTON, PA   18966**

Secretary of State  Bureau of Motor Vehicles

| | | | |
|---|---|---|---|
| FIRST LIENHOLDER | 10/19/2021<br>BMO HARRIS BANK NA<br>PO BOX 35707<br>BILLINGS, MT   59107 | FIRST RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |
| SECOND LIENHOLDER | | SECOND RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |
| THIRD LIENHOLDER | | THIRD RELEASE | Interest in this vehicle is released by:<br>Signature<br>Title _____ Date |

THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW
KEEP IN A SAFE PLACE - NOT IN VEHICLE

VOID IF ALTERED

WARNING: Federal and Maine law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

## ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____
printed
Seller's signature _____ name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____
BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
Hand printed name(s)

---

## RE-ASSIGNMENT BY LICENSED DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

## ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____
printed
Seller's signature _____ name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____
BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
Hand printed name(s)

---

## LIENHOLDER SECTION ONLY - AFFIDAVIT OF REPOSSESSION - LIENHOLDER SECTION ONLY

Date _____

I, _____ of _____
(Lienholder)                              (Address)

certify that there was due from _____
(Debtor)

a valid lien dated _____ on the motor-vehicle described on the face of this certificate:
(Date of Lien)

I further certify that default having been made in the payment of the loan that:

Check One

☐   the debtor voluntarily surrendered the possession of this motor vehicle to the undersigned lienholder on _____
(Date)

☐   the undersigned lienholder seized this motor vehicle without process of the law on _____ under authority of the
conditions of the loan contract                                        (Date)

The undersigned lienholder further certifies that the vehicle described herein was lawfully repossessed under the terms of the security agreement and in full accord with pertinent Maine Statutes.

_____              _____
(Name of Lienholder)                              (Authorized Signature)

IMPORTANT NOTES:

1. The lien must be released on the face of the title

## THIS AFFIDAVIT MUST BE NOTARIZED

Before me personally appeared, _____ who by being duly sworn

under oath says the statements set forth above are true and correct. Sworn to and subscribed before me at, _____

Maine this _____ day of _____, 20 ____

_____
Notary Public

MVT-1   ANY FALSE STATEMENT IS A CRIMINAL OFFENSE
ANY CHANGE OR ERASURE WILL VOID THIS TITLE.

# STATE OF MAINE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| **3ELA6RX2XNG000258** | **2022** | **REMO** | **TL** | **VN** | **16637895** |

| NEW / USED | PURCHASE DATE | ISSUE DATE | PRIOR TITLE | ODOMETER |
|---|---|---|---|---|
| **NEW** | **10/19/2021** | **12/01/2021** | | |

MAIL TO

**BMO HARRIS BANK NA**
**PO BOX 35707**
**BILLINGS, MT   59107**

OWNER(S) NAME AND ADDRESS

**AZIM TRANSPORTATION INC**
**530 JASON DR**
**SOUTHAMPTON, PA   18966**

Secretary of State          Bureau of Motor Vehicles

| | |
|---|---|
| FIRST LIENHOLDER | 10/19/2021<br>BMO HARRIS BANK NA<br>PO BOX 35707<br>BILLINGS, MT   59107 |
| SECOND LIENHOLDER | |
| THIRD LIENHOLDER | |

Interest in this vehicle is released by:

FIRST RELEASE

Signature

Title                                         Date

Interest in this vehicle is released by:

SECOND RELEASE

Signature

Title                                         Date

Interest in this vehicle is released by:

THIRD RELEASE

Signature

Title                                         Date

THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW
KEEP IN A SAFE PLACE - NOT IN VEHICLE

VOID IF ALTERED

WARNING: Federal and Maine law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____

Seller's signature _____ printed _____ Date _____

Seller's address (PRINT) _____ name(s) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
Hand printed name(s)

---

## RE-ASSIGNMENT BY LICENSED DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

### ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Hand _____ Date _____

Seller's signature _____ printed _____ Date _____

Seller's address (PRINT) _____ name(s) _____ Zip _____

### LIENHOLDER TO BE SHOWN ON NEW TITLE (If no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____
Hand printed name(s)

---

## LIENHOLDER SECTION ONLY - AFFIDAVIT OF REPOSSESSION - LIENHOLDER SECTION ONLY

Date _____

I, _____ of _____
(Lienholder)                      (Address)

certify that there was due from _____
(Debtor)

a valid lien dated _____ on the motor-vehicle described on the face of this certificate:
(Date of Lien)

I further certify that default having been made in the payment of the loan that:

Check One

☐   the debtor voluntarily surrendered the possession of this motor vehicle to the undersigned lienholder on _____
(Date)

☐   the undersigned lienholder seized this motor vehicle without process of the law on _____ under authority of the conditions of the loan contract
(Date)

The undersigned lienholder further certifies that the vehicle described herein was lawfully repossessed under the terms of the security agreement and in full accord with pertinent Maine Statutes.

_____          _____
(Name of Lienholder)                 (Authorized Signature)

IMPORTANT NOTES:

1. The lien must be released on the face of the title

### THIS AFFIDAVIT MUST BE NOTARIZED

Before me personally appeared, _____ who by being duly sworn

under oath says the statements set forth above are true and correct. Sworn to and subscribed before me at, _____

Maine this _____ day of _____, 20 _____

_____
Notary Public

MVT-1   ANY FALSE STATEMENT IS A CRIMINAL OFFENSE
ANY CHANGE OR ERASURE WILL VOID THIS TITLE.

# CERTIFICATE OF TITLE

## STATE OF MAINE

| VEHICLE ID NUMBER | YEAR | MAKE | MODEL | BODY | TITLE NUMBER |
|---|---|---|---|---|---|
| 3ELA6RX28NG000260 | 2022 | REMO | TL | VN | 16637893 |

| NEW / USED | PURCHASE DATE | ISSUE DATE | PR OR TITLE | ODOMETER |
|---|---|---|---|---|
| NEW | 10/19/2021 | 12/01/2021 | | |

MAIL TO

**BMO HARRIS BANK NA**
**PO BOX 35707**
**BILLINGS, MT   59107**

OWNER(S) NAME AND ADDRESS

**AZIM TRANSPORTATION INC**
**530 JASON DR**
**SOUTHAMPTON, PA   18966**

Secretary of State  Bureau of Motor Vehicles

**FIRST LIENHOLDER**
10/19/2021
BMO HARRIS BANK NA
PO BOX 35707
BILLINGS, MT   59107

**SECOND LIENHOLDER**

**THIRD LIENHOLDER**

Interest in this vehicle is released by:

FIRST RELEASE
Signature
Title        Date

Interest in this vehicle is released by:

SECOND RELEASE
Signature
Title        Date

Interest in this vehicle is released by:

THIRD RELEASE
Signature
Title        Date

THIS CERTIFICATE IS PRIMA FACIE PROOF OF OWNERSHIP ISSUED IN COMPLIANCE WITH STATE OF MAINE LAW
KEEP IN A SAFE PLACE - NOT IN VEHICLE

VOID IF ALTERED

WARNING: Federal and Maine law requires that you state the mileage in connection with a transfer of ownership. Failure to complete the Odometer Disclosure Statement or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF OWNERSHIP

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

## ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage **in excess of its mechanical limits.** (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Date _____

Seller's signature _____ Hand printed name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE (if no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____

Hand printed name(s)

---

## RE-ASSIGNMENT BY LICENSED DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title was transferred to (PRINT):

Name(s) _____

Address _____ Zip _____ Date of Sale _____

## ODOMETER DISCLOSURE STATEMENT

I state that the odometer now reads _____ (NO TENTHS) and to the best of my knowledge that it reflects the Actual Mileage of the vehicle unless one of the following statements is checked:

☐ In Excess: I certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits. (The odometer started at zero again.)

☐ Not Actual: I certify that the odometer reading is not the actual mileage. WARNING-ODOMETER DISCREPANCY

Seller's signature _____ Date _____

Seller's signature _____ Hand printed name(s) _____ Date _____

Seller's address (PRINT) _____ Zip _____

## LIENHOLDER TO BE SHOWN ON NEW TITLE (if no lien, print NONE)

Lienholder's name _____ Date of Lien _____

Lienholder's address _____ Zip _____

BUYER(S): DO NOT SIGN BELOW UNTIL ALL SECTIONS ABOVE HAVE BEEN COMPLETED AND SIGNED. SIGNING BELOW INDICATES THAT YOU ARE AWARE OF THE ODOMETER DISCLOSURE STATEMENT MADE BY THE SELLER(S).

Signature(s) of buyer(s) _____ Date _____

Hand printed name(s)

---

## LIENHOLDER SECTION ONLY - AFFIDAVIT OF REPOSSESSION - LIENHOLDER SECTION ONLY

Date _____

I, _____ of _____
     (Lienholder)                              (Address)

certify that there was due from _____
                                              (Debtor)

a valid lien dated _____ on the motor-vehicle described on the face of this certificate.
          (Date of Lien)

I further certify that default having been made in the payment of the loan that:

Check One

☐ the debtor voluntarily surrendered the possession of this motor vehicle to the undersigned lienholder on _____
                                                                                                                          (Date)

☐ the undersigned lienholder seized this motor vehicle without process of the law on _____ under authority of the conditions of the loan contract
                                                                                                    (Date)

The undersigned lienholder further certifies that the vehicle described herein was lawfully repossessed under the terms of the security agreement and in full accord with pertinent Maine Statutes.

_____          _____
   (Name of Lienholder)                              (Authorized Signature)

IMPORTANT NOTES:

1. The lien must be released on the face of the title

## THIS AFFIDAVIT MUST BE NOTARIZED

Before me personally appeared, _____ who by being duly sworn

under oath says the statements set forth above are true and correct. Sworn to and subscribed before me at, _____

Maine this _____ day of _____, 20____

_____
          Notary Public

MVT-1    ANY FALSE STATEMENT IS A CRIMINAL OFFENSE
         ANY CHANGE OR ERASURE WILL VOID THIS TITLE.