# EXHIBIT K

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF TITLE FOR A VEHICLE

2,005            FUEL TYPE: DIESEL

220628039000109-001

| 3AKJHHDR1NSNJ5466 | 2022 | FREIGHTLINER | 84404382001 AZ |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
| TT | 0 | IL | 3/03/22 | 000200 | 0 |
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 3/03/22 | 3/03/22 | 18,000 | | 80,000 | |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

AZIM TRANSPORTATION INC
530 JASON DR
SOUTHAMPTON PA 18966

FIRST LIEN FAVOR OF:

BMO HARRIS BANK N A

SECOND LIEN FAVOR OF:

FIRST LIEN RELEASED _____ DATE _____

BY _____ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

BMO HARRIS BANK N A
PO BOX 35707
BILLINGS MT 59107

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

SECOND LIEN RELEASED _____ DATE _____

BY _____ AUTHORIZED REPRESENTATIVE



**pennsylvania**
DEPARTMENT OF TRANSPORTATION

YASSMIN GRAMIAN P.E.
Secretary of Transportation

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

SUBSCRIBED AND SWORN TO BEFORE ME:
MO. DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY    STATE    ZIP

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

STREET

CITY    STATE    ZIP

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

84110060

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** - FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**A. ASSIGNMENT OF TITLE** - Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

LAST    FIRST    MIDDLE NAME

PURCHASER OR FULL BUSINESS NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

CO-PURCHASER

STREET ADDRESS

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

CITY

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

STATE    ZIP    PURCHASE PRICE OR DIN

SUBSCRIBED AND SWORN TO BEFORE ME:    MO.    DAY    YEAR

PURCHASER SIGNATURE

▶ SIGNATURE OF PERSON ADMINISTERING OATH

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

STAMP OR SEAL

▶ SIGNATURE OF SELLER

SIGNATURE OF CO-SELLER

SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE

**B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** — If purchaser listed in Block A is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST    FIRST    MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

STREET ADDRESS

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

CITY

SUBSCRIBED AND SWORN TO BEFORE ME:    MO.    DAY    YEAR

STATE    ZIP    PURCHASE PRICE OR DIN

▶ SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

STAMP OR SEAL

▶ SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** — If purchaser is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST    FIRST    MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

STREET ADDRESS

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

CITY

SUBSCRIBED AND SWORN TO BEFORE ME:    MO.    DAY    YEAR

STATE    ZIP    PURCHASE PRICE OR DIN

▶ SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

STAMP OR SEAL

▶ SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** — If purchaser is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST    FIRST    MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ✗ miles and reflects the actual mileage of the vehicle,

PURCHASER OR FULL BUSINESS NAME

CO-PURCHASER

unless one of the following boxes is checked:
- ☐ Reflects the amount of mileage in excess of its mechanical limits
- ☐ Is NOT the actual mileage WARNING: Odometer discrepancy

STREET ADDRESS

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

CITY

SUBSCRIBED AND SWORN TO BEFORE ME:    MO.    DAY    YEAR

STATE    ZIP    PURCHASE PRICE OR DIN

▶ SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE

CO-PURCHASER SIGNATURE

PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

STAMP OR SEAL

▶ SIGNATURE OF SELLER

SELLER MUST HANDPRINT NAME HERE

MV-4 (12-2015)

**C.** ☐ **CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____ . _____**

An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF TITLE FOR A VEHICLE

2,004                                            FUEL TYPE: DIESEL

220628039000109-002

| 3AKJHHDR7NSNJ5469 | 2022 | FREIGHTLINER | 84404381701 AZ |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |

| TT | 0 |  | IL | 3/03/22 | 000200 | 0 |
|---|---|---|---|---|---|---|
| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM. MILES | ODOM. STATUS |

| 3/03/22 | 3/03/22 | 18,000 |  | 80,000 |  |
|---|---|---|---|---|---|
| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)

AZIM TRANSPORTATION INC
530 JASON DR
SOUTHAMPTON PA 18966

FIRST LIEN FAVOR OF:

BMO HARRIS BANK N A

SECOND LIEN FAVOR OF:

FIRST LIEN RELEASED _____ DATE

BY _____
AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

BMO HARRIS BANK N A
PO BOX 35707
BILLINGS MT 59107

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee.

SECOND LIEN RELEASED _____ DATE

BY _____
AUTHORIZED REPRESENTATIVE

**pennsylvania**
DEPARTMENT OF TRANSPORTATION

YASSMIN GRAMIAN P.E.
Secretary of Transportation

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME:
MO.   DAY   YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

SIGN IN PRESENCE OF A NOTARY

STAMP OR SEAL

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐   IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:

1ST LIENHOLDER NAME

STREET

CITY                          STATE          ZIP

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here.

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:

2ND LIENHOLDER NAME

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

STREET

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

CITY                          STATE          ZIP

**STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE**

8411 0059

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

**WARNING** - Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale. FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**A. ASSIGNMENT OF TITLE -** Registered dealers must complete Forms MV-27A or MV-27B as required by law. If purchaser is NOT a registered dealer, Section D on the front of this form must be completed.

LAST  FIRST  MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ___ X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:
- [ ] Reflects the amount of mileage in excess of its mechanical limits
- [ ] Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

PURCHASER OR FULL BUSINESS NAME
CO-PURCHASER
STREET ADDRESS
CITY
STATE   ZIP   PURCHASE PRICE OR DIN

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE
CO-PURCHASER SIGNATURE
PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER
SIGNATURE OF CO-SELLER
SELLER AND/OR CO-SELLER MUST HANDPRINT NAME HERE

STAMP OR SEAL

**B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**  If purchaser listed in Block A is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST  FIRST  MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ___ X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:
- [ ] Reflects the amount of mileage in excess of its mechanical limits
- [ ] Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

PURCHASER OR FULL BUSINESS NAME
CO-PURCHASER
STREET ADDRESS
CITY
STATE   ZIP   PURCHASE PRICE OR DIN

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE
CO-PURCHASER SIGNATURE
PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE

STAMP OR SEAL

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**  If purchaser is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST  FIRST  MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ___ X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:
- [ ] Reflects the amount of mileage in excess of its mechanical limits
- [ ] Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

PURCHASER OR FULL BUSINESS NAME
CO-PURCHASER
STREET ADDRESS
CITY
STATE   ZIP   PURCHASE PRICE OR DIN

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE
CO-PURCHASER SIGNATURE
PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE

STAMP OR SEAL

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER**  If purchaser is **NOT** a registered dealer Section D on the front of this form must be completed.

LAST  FIRST  MIDDLE NAME

I/We certify, to the best of my/our knowledge that the odometer reading is _____ TENTHS ___ X miles and reflects the actual mileage of the vehicle, unless one of the following boxes is checked:
- [ ] Reflects the amount of mileage in excess of its mechanical limits
- [ ] Is NOT the actual mileage WARNING: Odometer discrepancy

I/We further certify that the vehicle is free of any encumbrance and that the ownership is hereby transferred to the person(s) or the dealer listed.

PURCHASER OR FULL BUSINESS NAME
CO-PURCHASER
STREET ADDRESS
CITY
STATE   ZIP   PURCHASE PRICE OR DIN

SUBSCRIBED AND SWORN TO BEFORE ME:  MO.  DAY  YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

PURCHASER SIGNATURE
CO-PURCHASER SIGNATURE
PURCHASER AND/OR CO-PURCHASER MUST HANDPRINT NAME HERE

SIGNATURE OF SELLER
SELLER MUST HANDPRINT NAME HERE

STAMP OR SEAL

MV-4 (12-2015)

**C.** [ ] CHECK HERE IF APPLYING FOR A DEALER TITLE AND COMPLETE SECTION D. TITLING FEES $ _____ . ____

*An employee of an issuing agent licensed as a vehicle dealer by the Pennsylvania State Board of Vehicle Manufacturers, Dealers and Salespersons may verify a person's signature in lieu of notarization.*