# EXHIBIT M



PO Box 3040
Cedar Rapids, IA 52406
Tel: 319-832-3535
Fax: 866-645-0374
bmoharris.com

January 23, 2023
VIA UPS
Azim Transportation Inc
Attention: Azim Muradov
530 Jason Dr
South Hampton, PA  18966

RE:   NOTICE OF DEFAULT AND ACCELERATION

Dear Azim Muradov:

Reference is made to that certain Loan Agreement(s) 3001, 1001, 53001 and 71001 ("Agreement") between BMO Harris Bank N.A. ("Lender") and Azim Transportation Inc ("Borrower"), pursuant to which Lender originally provided to Borrower financing for the equipment described in the Agreement ("Equipment").

As you know, Borrower is in default under the Agreement for failing to make the scheduled payments as and when due. As allowed in the Agreement, the accelerated balance due as of 01/23/2023 is $973,444.55, representing all principal, interest, taxes due and late fees. Borrower will be responsible for all additional fees, costs, and expenses, including without limitation, attorney's fees, accruing after this date. As a result of the existing default, Lender is currently seeking repossession of the Equipment and hereby demands that all Equipment securing the Agreement be surrendered immediately. The 2021 Freightliner vin #3AKJHHDR6MSMR8176, 2022 Freightliner #1FUJHHDR2NLNA4239, 3ELA6RX26NG000256, 5 2022 Atro trailers vin #3ELA6RX28NG000257, 3ELA6RX28NG000257, 3ELA6RX21NG000259, 3ELA6RX2XNG000258 and 3ELA6RX28NG000260. 2 2022 Freighliners vin 3AKJHHDR1NSNJ5466 & 3AKJHHDR7NSNJ5469.

No delay by Lender in exercising any rights or remedies, and nothing contained in this letter or otherwise, shall be deemed a waiver or election of any rights or remedies available to Lender as may be provided under the Agreement, any other instrument or agreement, or applicable law.  All rights and remedies available to Lender shall be cumulative and may be executed separately, successively or concurrently in its sole discretion, and all of such rights and remedies are reserved.

Sincerely,


Sheila Aschenbrenner
Litigation Specialist
Tel: 319-832-3535

Remit to:
BMO Transportation Finance
PO Box 71951
Chicago, IL  60694

IMPORTANT NOTICE: Nothing herein shall be construed as an approval or commitment to finance or for provision of other service by BMO Harris Bank and its affiliates to any person. All transactions are subject to final investment/credit approval by BMO Harris Bank and the execution of mutually satisfactory definitive documentation. Nothing contained herein shall be construed as any guarantee or promise of profitability or generation of revenue of any kind whatsoever. Nothing contained herein constitutes tax, accounting, financial or legal advice by BMO Harris Bank.

Classification: Confidential



PO Box 3040
Cedar Rapids, IA 52406
Tel: 319-832-3535
Fax: 866-645-0374
bmoharris.com

January 23, 2023
VIA UPS
Azim Muradov
4665 Calvert Dr
Rolling Meadows, IL 60008


RE:     NOTICE OF DEFAULT RESPECTING GUARANTY

Dear Azim Muradov:

Reference is made to that certain Guaranty dated 9/22/2020, 7/23/2021, 10/13/2021 and 1/31/2022, pursuant to which you absolutely and unconditionally guaranteed the obligations of Azim Transportation Inc ("Borrower") under that certain Loan Agreement(s) No. 3001, 1001, 53001 and 71001 (collectively the "Loan") with BMO Harris Bank N.A ("Lender").

As you know, Borrower is in default under the Loan for failing to make scheduled payments as and when due under the Loan. To date, Borrower is delinquent in its payments to Lender in the aggregate past due amount of $65,160.57, representing accrued, past due Loan payments, taxes and late fees, plus continually accruing fees, costs, default interest and expenses, including, without limitation, attorney's fees. As allowed in the Loan, the accelerated balance due as of the date of this letter is $973,444.55, representing all principal, interest, taxes due and late fees. Guarantor will be responsible for all additional fees, costs and expenses, including without limitation, attorney's fees, accruing after this date.  As a result of the existing default, Lender is be currently seeking repossession of the Equipment securing the Loan.  The 2021 Freightliner vin #3AKJHHDR6MSMR8176, 2022 Freightliner #1FUJHHDR2NLNA4239, 3ELA6RX26NG000256, 5 2022 Atro trailers vin #3ELA6RX28NG000257, 3ELA6RX28NG000257, 3ELA6RX21NG000259, 3ELA6RX2XNG000258 and 3ELA6RX28NG000260. 2 2022 Freighliners vin 3AKJHHDR1NSNJ5466 & 3AKJHHDR7NSNJ5469.

If you have any questions, please contact the undersigned.

Sincerely,

Sheila Aschenbrenner
Litigation Specialist
PH: 319-832-3535

CC: LITIGATION FILE
Remit to:
BMO Transportation Finance
PO Box 71951
Chicago, IL  60694

IMPORTANT NOTICE: Nothing herein shall be construed as an approval or commitment to finance or for provision of other service by BMO Harris Bank and its affiliates to any person. All transactions are subject to final investment/credit approval by BMO Harris Bank and the execution of mutually satisfactory definitive documentation. Nothing contained herein shall be construed as any guarantee or promise of profitability or generation of revenue of any kind whatsoever. Nothing contained herein constitutes tax, accounting, financial or legal advice by BMO Harris Bank.

Classification: Confidential